UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ryan L. Hobbs

Plaintiff(s),

v.

Purdue Pharma Company, et al.

Defendant(s).

No. C 07-3854 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/02/2007

Signature: Richard Sax

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")