**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk     415.522.2000

**November 5, 2007**

**CASE NUMBER:  CV 07-03854 BZ**
**CASE TITLE:  RYAN L. HOBBS-v-PURDUE PHARMA COMPANY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/5/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted          Entered in Computer 11/5/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel          Transferor CSA