VENABLE LLP
Douglas C. Emhoff (Cal. Bar No. 151049)
Jeffrey M. Tanzer (Cal. Bar No. 129437)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: demhoff@venable.com
E-mail: jtanzer@venable.com

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA COMPANY; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY; PURDUE PHARMACEUTICALS L.P.; PHARMACEUTICAL RESEARCH ASSOCIATES, INC.; PURDUE PHARMA LTD.; P.F. LABORATORIES, INC.; and ABBOTT LABORATORIES, INC.,<br><br>Defendants. | CASE NO.: C 07 3854 SC<br><br>**DEFENDANT ABBOTT LABORATORIES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND RULE 7.1 DISCLOSURE** |

Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1  Abbott Laboratories, a publicly-held corporation, is the parent company of
2  defendant Abbott Laboratories, Inc., and owns 10% or more of Abbott Laboratories,
3  Inc.'s stock. Abbott Laboratories, Inc. is not a publicly-held corporation.
4  The undersigned certifies that as of this date, other than the named parties and the
5  entity listed above, there is other such interest to report.

7  Dated: December 5, 2007

VENABLE LLP
DOUGLAS C. EMHOFF
JEFFREY M. TANZER

By _____
Jeffrey M. Tanzer
Attorney for Defendant
Abbott Laboratories, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, #2100, Los Angeles, California 90067.

On December 5, 2007, I served the foregoing document(s) described as **DEFENDANT ABBOTT LABORATORIES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND RULE 7.1 DISCLOSURE** on the interested parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐   **BY PERSONAL SERVICE (CCP §1011):** I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒   **BY MAIL (CCP §1013(a)&(b)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

☐   **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

Executed on December 5, 2007 at Los Angeles, California

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Jesse Rodriguez

# ATTACHED SERVICE LIST

| | |
|---|---|
| Richard Sax, Esq.<br>LAW OFFICES OF RICHARD SAX<br>448 Sebastopol Avenue<br>Santa Rosa, CA 95401<br>Tel:  707-525-1824<br>Fax:  707-525-8119<br>Richard@saxlaw.com | *Attorneys for Plaintiffs* |
| Jay R. Henneberry<br>Robin D. Ball<br>Chadbourne & Parke LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071 | *Attorneys for Purdue Defendants* |