1  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  Robin D. Ball (State Bar No. 159698)
   rball@chadbourne.com
3  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, Suite 3300
4  Los Angeles, CA  90071
   Telephone:     (213) 892-1000
5  Facsimile:      (213) 622-9865

6  Attorneys for Purdue Defendants

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 RYAN L. HOBBS and MICHELLE        Case No.  C-07-3854-SC
   HOBBS,
13                                    **PURDUE DEFENDANTS'
            Plaintiffs,                RULE 7.1 CORPORATE
14                                     DISCLOSURE STATEMENT**
       v.
15
   PURDUE PHARMA COMPANY, et al.,
16
            Defendants.
17

18

19      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants The

20 Purdue Frederick Company Inc. (doing business as The Purdue Frederick Company), Purdue

21 Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and

22 Purdue Pharma Ltd.), Purdue Pharma Inc., Purdue Pharmaceuticals L.P., Pharmaceutical

23 Research Associates, Inc. and The P.F. Laboratories, Inc. (collectively, the "Purdue Defendants")

24 hereby submit the following Corporate Statement and disclose the following:

25      1.      The Purdue Frederick Company Inc. is a New York corporation.  The Purdue

26 Frederick Company Inc. has one parent corporation, Pharmaceutical Research Associates, Inc.

27 No publicly-held corporation owns 10% or more of Pharmaceutical Research Associates, Inc.'s

28 stock.

2. Purdue Pharma L.P. is a Delaware limited partnership. Purdue Pharma L.P. does not have a parent corporation. No publicly-held corporation owns 10% or more of the partnership interests of Purdue Pharma L.P.

3. The Purdue Pharma Company was a Delaware general partnership.[1] The Purdue Pharma Company did not have a parent corporation. No publicly-held corporation owned 10% or more of the partnership interests of The Purdue Pharma Company.

4. Purdue Pharma Ltd. was a Delaware corporation.[2] Purdue Pharma Ltd. had one parent corporation, Purdue Neuroscience Inc. No publicly-held corporation owned 10% or more of Purdue Neuroscience Inc.'s stock.

5. Purdue Pharma Inc. is a New York corporation. Purdue Pharma Inc. does not have a parent corporation. No publicly-held corporation owns 10% or more of Purdue Pharma Inc.'s stock.

6. Purdue Pharmaceuticals L.P. is a Delaware limited partnership. Purdue Pharmaceuticals L.P. has one parent limited partnership, Purdue Pharma L.P. No publicly-held corporation owns 10% or more of the partnership interests of Purdue Pharma L.P.

7. Pharmaceutical Research Associates, Inc. is a New York corporation. Pharmaceutical Research Associates, Inc. has one parent corporation, PRA Holdings, Inc. No publicly-held corporation owns 10% or more of PRA Holdings, Inc.'s stock.

///

---

[1] As of September 30, 2004, Purdue Pharma L.P. is the successor-in-interest to The Purdue Pharma Company.

[2] Purdue Pharma Ltd. was dissolved on April 8, 2004. Its successor-in-interest is Purdue Pharma L.P.

8. The P.F. Laboratories, Inc. is a New Jersey corporation. The P.F. Laboratories, Inc. has one parent corporation, Pharmaceutical Research Associates, Inc. No publicly-held corporation owns 10% or more of Pharmaceutical Research Associates, Inc.'s stock.

Dated: December 10, 2007

CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball
Attorneys for Defendants Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 3 -
PURDUE DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
CASE NO. C-07-3854-SC
LA1 - 114660.01