Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone:    (213) 892-1000
Facsimile:    (213) 622-9865

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA COMPANY et al.,<br><br>Defendants. | Case No. C-07-3854-SC<br><br>**PURDUE DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

PURDUE DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C-07-3854-SC

LA1 - 114614.01

Purdue Neuroscience Inc. was the parent corporation of named defendant Purdue Pharma Ltd.[1]

PRA Holdings, Inc. is the parent corporation of named defendant Pharmaceutical Research Associates, Inc.

Dated: December 10, 2007

CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball
Attorneys for Defendants Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

---

[1] Purdue Pharma Ltd. was dissolved on April 8, 2004; its successor-in-interest is Purdue Pharma L.P.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000