Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone:   (213) 892-1000
Facsimile:    (213) 622-9865

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>            Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA COMPANY, et al.,<br><br>            Defendants. | Case No. C-07-3854-SC<br><br>**THE PURDUE DEFENDANTS'<br>ADR CERTIFICATION<br>BY PARTIES AND COUNSEL** |

    Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5 (b), each of the undersigned certifies that he has:

    1.    Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

    2.    Discussed the available dispute resolution options provided by the Court and private entities; and

---

THE PURDUE DEFENDANTS' ADR CERTIFICATION
CASE NO. C-07-3854-SC

LA1 - 115182.01

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January ___, 2008                    By: _____

                                              Michael P. Panagrossi
                                              Associate General Counsel
                                              Purdue Pharma L.P.

Dated: January 4, 2008                      CHADBOURNE & PARKE LLP


                                            By:     /s/ Jay R. Henneberry

                                              Jay R. Henneberry
                                              Robin D. Ball

                                              Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 2 -
THE PURDUE DEFENDANTS' ADR CERTIFICATION
CASE NO. C-07-3854-SC
LA1 - 115182.01