3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 4, 2008

By: _____
Michael P. Panagrossi
Associate General Counsel
Purdue Pharma L.P.

Dated: January ___, 2008

CHADBOURNE & PARKE LLP

By: _____/s/ Jay R. Henneberry_____

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

LA1 - 115182.01