20. <u>Other matters</u>: The parties are preparing a proposed consent protective order to govern the use and dissemination of confidential information, documents, and materials in this action.

Dated: January 4, 2008

LAW OFFICES OF RICHARD SAX

By: /s/ Richard Sax
Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: January 4, 2008

CHADBOURNE & PARKE LLP

By: _____

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: January 4, 2008

VENABLE LLP

By: _____

Jeffrey M. Tanzer
Douglas C. Emhoff

Attorneys for Defendant
Abbott Laboratories, Inc.

- 8 -
JOINT CASE MANAGEMENT STATEMENT
CASE NO. C-07-3854-SC

LA1 - 115035.02

1      20.   <u>Other matters</u>: The parties are preparing a proposed consent protective order to govern the use and dissemination of confidential information, documents, and materials in this action.

Dated: January 4, 2008      LAW OFFICES OF RICHARD SAX

By: _____

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: January 4, 2008      CHADBOURNE & PARKE LLP

By: _____

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: January 4, 2008      VENABLE LLP

By: /s/ Jeffrey M. Tanzer

Jeffrey M. Tanzer
Douglas C. Emhoff

Attorneys for Defendant
Abbott Laboratories, Inc.