UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RYAN L. HOBBS and MICHELLE HOBBS

    Plaintiff(s),

v.

PURDUE PHARMA COMPANY, ET AL.

    Defendant(s).

Case No. C-07-3854-SC

ADR CERTIFICATION BY PARTIES AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/9/08

Dated: 1/9/08

Abbott Laboratories, Inc.
[Party] Charles M. Santova

[Counsel]

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, #2100, Los Angeles, California 90067.

On January 9, 2008, I served the foregoing document(s) described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐ **BY PERSONAL SERVICE (CCP §1011):** I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒ **BY MAIL (CCP §1013(a)&(b)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

Executed on January 9, 2008 at Los Angeles, California

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Carolyn Simanian

**ATTACHED SERVICE LIST**

| | |
|---|---|
| Richard Sax, Esq.<br>LAW OFFICES OF RICHARD SAX<br>448 Sebastopol Avenue<br>Santa Rosa, CA 95401<br>Tel:  707-525-1824<br>Fax:  707-525-8119<br>Richard@saxlaw.com | *Attorneys for Plaintiffs* |
| Jay R. Henneberry<br>Robin D. Ball<br>Chadbourne & Parke LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071 | *Attorneys for Purdue Defendants* |