1  Richard Sax (State Bar No. 80632)
   Richard@rsaxlaw.com
2  LAW OFFICES OF RICHARD SAX
   448 Sebastopol Avenue
3  Santa Rosa, CA  95401
   Telephone:    (707) 525-1824
4  Facsimile:    (707) 525-8119

5  Attorneys for Plaintiffs Ryan L. Hobbs and
   Michelle Hobbs
6

7  Jay R. Henneberry (State Bar No. 135065)
   jhenneberry@chadbourne.com
8  Robin D. Ball (State Bar No. 159698)
   rball@chadbourne.com
9  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, Suite 3300
10 Los Angeles, CA  90071
   Telephone:    (213) 892-1000
11 Facsimile:    (213) 622-9865

12 Attorneys for Purdue Defendants

13 Douglas C. Emhoff (State Bar No. 151049)
   demhoff@venable.com
14 Jeffrey M. Tanzer (State Bar No. 129437)
   jtanzer@venable.com
15 VENABLE LLP
   2049 Century Park East, Suite 2100
16 Los Angeles, CA  90067
   Telephone:    (310) 229-9000
17 Facsimile:    (310) 229-9901

   Attorneys for Defendant Abbott Laboratories, Inc.
18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                     SAN FRANCISCO DIVISION
21

22
   RYAN  L.  HOBBS  and  MICHELLE          Case No.  C-07-3854-SC
23 HOBBS,
                                           **STIPULATED CONSENT AND**
24            Plaintiffs,                   **[PROPOSED] ORDER TO PROCEED**
                                           **BEFORE UNITED STATES**
25        v.                               **MAGISTRATE JUDGE**

26 PURDUE PHARMA COMPANY, et al.,

27            Defendants.

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (213) 892-1000

LA1 - 115343.02

On or about July 26, 2007, this case was assigned to United States Magistrate Judge Bernard Zimmerman. The undersigned parties hereby stipulate to having United States Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:    January 9, 2008                    LAW OFFICES OF RICHARD SAX


By:_____

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated:    January 9, 2008                    CHADBOURNE & PARKE LLP


By:_____/s/ Jay R. Henneberry_____

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as
successor-in-interest to The Purdue Pharma
Company and Purdue Pharma Ltd.);
Purdue Pharma Inc.; The Purdue Frederick
Company Inc. (d/b/a The Purdue Frederick
Company); Purdue Pharmaceuticals L.P.;
Pharmaceutical Research Associates, Inc.;
and The P.F. Laboratories, Inc.

Dated:    January 9, 2008                    VENABLE LLP


By:_____

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 2 -

LA1 - 115343.02

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

  Pursuant to the Stipulation above, the captioned matter is hereby assigned to Magistrate Judge Bernard Zimmerman for any and all further proceedings in this case, including trial, and ordering the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

  IT IS SO ORDERED.

Dated: _____  _____

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 3 -
STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE
CASE NO. C-07-3854-SC

LA1 - 115343.02