On or about July 26, 2007, this case was assigned to United States Magistrate Judge Bernard Zimmerman. The undersigned parties hereby stipulate to having United States Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 9, 2008

LAW OFFICES OF RICHARD SAX

By: /s/ Richard Sax

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: January 9, 2008

CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: January 9, 2008

VENABLE LLP

By: _____

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

LA1 - 115343.02

1  On or about July 26, 2007, this case was assigned to United States Magistrate Judge
2  Bernard Zimmerman. The undersigned parties hereby stipulate to having United States
3  Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in this case,
4  including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken
5  directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  January 9, 2008                LAW OFFICES OF RICHARD SAX

                                       By:_____
                                              Richard Sax

                                       Attorney for Plaintiffs
                                       Ryan L. Hobbs and Michelle Hobbs

Dated:  January 9, 2008                CHADBOURNE & PARKE LLP


                                       By:       /s/ Jay R. Henneberry

                                              Jay R. Henneberry
                                              Robin D. Ball

                                       Attorneys for Defendants
                                       Purdue Pharma L.P. (individually, and as
                                       successor-in-interest to The Purdue Pharma
                                       Company and Purdue Pharma Ltd.);
                                       Purdue Pharma Inc.; The Purdue Frederick
                                       Company Inc. (d/b/a The Purdue Frederick
                                       Company); Purdue Pharmaceuticals L.P.;
                                       Pharmaceutical Research Associates, Inc.;
                                       and The P.F. Laboratories, Inc.

Dated:  January 9, 2008                VENABLE LLP


                                       By:_____
                                              Douglas C. Emhoff
                                              Jeffrey M. Tanzer

                                       Attorneys for Defendant
                                       Abbott Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 2 -
STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE
CASE NO. C-07-3854-SC

LA1 - 115343.02