1  Richard Sax (State Bar No. 80632)
   Richard@rsaxlaw.com
2  LAW OFFICES OF RICHARD SAX
   448 Sebastopol Avenue
3  Santa Rosa, CA 95401
   Telephone: (707) 525-1824
4  Facsimile: (707) 525-8119

5  Attorneys for Plaintiffs Ryan L. Hobbs and
   Michelle Hobbs
6
   Jay R. Henneberry (State Bar No. 135065)
7  jhenneberry@chadbourne.com
   Robin D. Ball (State Bar No. 159698)
8  rball@chadbourne.com
   CHADBOURNE & PARKE LLP
9  350 South Grand Avenue, Suite 3300
   Los Angeles, CA 90071
10 Telephone: (213) 892-1000
   Facsimile: (213) 622-9865
11
   Attorneys for Purdue Defendants
12
   Douglas C. Emhoff (State Bar No. 151049)
13 demhoff@venable.com
   Jeffrey M. Tanzer (State Bar No. 129437)
14 jtanzer@venable.com
   VENABLE LLP
15 2049 Century Park East, Suite 2100
   Los Angeles, CA 90067
16 Telephone: (310) 229-9000
   Facsimile: (310) 229-9901
17
   Attorneys for Defendant Abbott Laboratories, Inc.
18

**FILED**

JAN 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

19                UNITED STATES DISTRICT COURT
20                NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
21

22 | RYAN L. HOBBS and MICHELLE HOBBS, | Case No. C-07-3854-SC
23 |
24 | Plaintiffs, | **STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**
25 | v. |
26 | PURDUE PHARMA COMPANY, et al., |
27 | Defendants. |
28

STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE
CASE NO. C-07-3854-SC

LA1 - 115343.02

1   On or about July 26, 2007, this case was assigned to United States Magistrate Judge
2   Bernard Zimmerman. The undersigned parties hereby stipulate to having United States
3   Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in this case,
4   including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken
5   directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   January 9, 2008                LAW OFFICES OF RICHARD SAX

                                        By: /s/ Richard Sax
                                              Richard Sax

                                        Attorney for Plaintiffs
                                        Ryan L. Hobbs and Michelle Hobbs

Dated:   January 9, 2008                CHADBOURNE & PARKE LLP

                                        By:      /s/ Jay R. Henneberry

                                        Jay R. Henneberry
                                        Robin D. Ball

                                        Attorneys for Defendants
                                        Purdue Pharma L.P. (individually, and as
                                        successor-in-interest to The Purdue Pharma
                                        Company and Purdue Pharma Ltd.);
                                        Purdue Pharma Inc.; The Purdue Frederick
                                        Company Inc. (d/b/a The Purdue Frederick
                                        Company); Purdue Pharmaceuticals L.P.;
                                        Pharmaceutical Research Associates, Inc.;
                                        and The P.F. Laboratories, Inc.

Dated:   January 9, 2008                VENABLE LLP

                                        By:_____

                                        Douglas C. Emhoff
                                        Jeffrey M. Tanzer

                                        Attorneys for Defendant
                                        Abbott Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 2 -
STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE
CASE NO. C-07-3854-SC

LA1 - 115343.02

On or about July 26, 2007, this case was assigned to United States Magistrate Judge Bernard Zimmerman. The undersigned parties hereby stipulate to having United States Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 9, 2008

LAW OFFICES OF RICHARD SAX

By:_____

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: January 9, 2008

CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: January 9, 2008

VENABLE LLP

By: [signature]

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.

- 2 -
STIPULATED CONSENT AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE
CASE NO. C-07-3854-SC

LAI - 115343.02

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby assigned to Magistrate Judge Bernard Zimmerman for any and all further proceedings in this case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: Jan 10/08                    _[signature]_