**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**January 11, 2008**

**CASE NUMBER: CV 07-03854 SC**
**CASE TITLE: RYAN L. HOBBS-v-PURDUE PHARMA COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable BERNARD ZIMMERMAN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **BZ** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/10/08

FOR THE EXECUTIVE COMMITTEE:

_____
          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 1/10/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                 Transferor CSA