UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN HOBBS, et al., | ) | |
| Plaintiff(s), | ) | No. C07-3854 BZ |
| v. | ) | **NOTICE SETTING** |
| | ) | **STATUS CONFERENCE** |
| PURDUE PHARMA CO., et al., | ) | |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, February 25, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: January 14, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\HOBBS V. PURDUE PHARMA CO\STATUS CONF.ORD.wpd

1