| | | |
|---|---|---|
| 1 | Dated: February ⬯ 2008 | LAW OFFICES OF RICHARD SAX |

By: /s/ Richard Sax
Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: February __, 2008   CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: February __, 2008   VENABLE LLP

By: _____

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

- 17 -
STIPULATION AND [PROPOSED] CONSENT PROTECTIVE ORDER OF CONFIDENTIALITY
CASE NO. C-07-3854-BZ

LAI - 115158.02

| | | |
|---|---|---|
| Dated: | February __, 2008 | LAW OFFICES OF RICHARD SAX |

By _____

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated:   February __, 2008         CHADBOURNE & PARKE LLP

By:  /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated:   February 7, 2008          VENABLE LLP

By: _____

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.