### (4) Documents Containing Current or Future Marketing and Product Development Plans

33. Purdue's marketing plans and reports reflect marketing strategies based upon experience, market research, and know-how gained over many years and great expense by Purdue and which cannot be gained by other means.

34. Such marketing plans describe Purdue's overall strategy for marketing OxyContin® and would detail, for example, Purdue's marketing and advertising strategies, list of objectives, targeted audiences, the types of media on which to focus marketing efforts, and analyses of competitors' products.

35. Disclosure of these strategies and other marketing information to competitors would incalculably harm Purdue. With this information, a competitor would obtain an invaluable and otherwise unobtainable insight into Purdue's marketing strategy, and be able to allocate its own marketing resources accordingly. The result would be to diminish the overall effectiveness of Purdue's marketing efforts, and immeasurably damage Purdue.

### Conclusion

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on February 8, 2008.

_____
Russell J. Gasdia