1   Richard Sax (State Bar No. 80632)
    Richard@rsaxlaw.com
2   LAW OFFICES OF RICHARD SAX
    448 Sebastopol Avenue
3   Santa Rosa, CA  95401
    Telephone:          (707) 525-1824
4   Facsimile:          (707) 525-8119

5   Attorney for Plaintiffs Ryan L. Hobbs and
    Michelle Hobbs
6
    Jay R. Henneberry (State Bar No. 135065)
7   jhenneberry@chadbourne.com
    Robin D. Ball (State Bar No. 159698)
8   rball@chadbourne.com
    CHADBOURNE & PARKE LLP
9   350 South Grand Avenue, Suite 3300
    Los Angeles, CA  90071
10  Telephone:          (213) 892-1000
    Facsimile:          (213) 622-9865
11
    Attorneys for Purdue Defendants
12
    Douglas C. Emhoff (State Bar No. 151049)
13  demhoff@venable.com
    Jeffrey M. Tanzer (State Bar No. 129437)
14  jtanzer@venable.com
    VENABLE LLP
15  2049 Century Park East, Suite 2100
    Los Angeles, CA  90067
16  Telephone:          (310) 229-9900
    Facsimile:          (310) 229-9901
17
    Attorneys for Defendant Abbott Laboratories, Inc.
18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                       SAN FRANCISCO DIVISION
21

22
    RYAN  L.  HOBBS  and  MICHELLE      Case No.  C-07-3854-BZ
23  HOBBS,
                                        **STIPULATION AND [PROPOSED]**
24              Plaintiffs,             **ORDER SELECTING ADR PROCESS**

25       v.

26  PURDUE PHARMA COMPANY, et al.,

27              Defendants.

28

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                                CASE NO. C-07-3854-BZ

LA1 - 115183.03

(sidebar) CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (213) 892-1000

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (213) 892-1000

1   Counsel report that they have met and conferred regarding ADR and have reached the

2   following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

3       1.    The parties agree to participate in Court-process mediation (ADR Local Rule

4   6).

5       2.    The parties believe that mediation will be more productive if conducted after

6   substantial discovery has occurred.  Accordingly, the parties agree to hold the mediation by no

7   later than September 30, 2008.

8

9   Dated:   February ___, 2008          LAW OFFICES OF RICHARD SAX

10

11             By:_____

11             Richard Sax

12             Attorney for Plaintiffs

13             Ryan L. Hobbs and Michelle Hobbs

14   Dated:   February 15, 2008          CHADBOURNE & PARKE LLP

15             By:_____/s/ Jay R. Henneberry_____

16             Jay R. Henneberry

17             Robin D. Ball

18             Attorneys for Defendants

19             Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma

20             Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick

21             Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.;

22             and The P.F. Laboratories, Inc.

23   Dated:   February ___, 2008          VENABLE LLP

24             By:_____

25             Douglas C. Emhoff

26             Jeffrey M. Tanzer

27             Attorneys for Defendant

27             Abbott Laboratories, Inc.

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-07-3854-BZ

LA1 - 115183.03

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (213) 892-1000

1

**[PROPOSED] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3  [  ]  Non-binding Arbitration

4  [  ]  Early Neutral Evaluation (ENE)

5  [  ]  Mediation

6  [  ]  Private ADR

7

8  Deadline for ADR session:

9  [  ]  90 days from the date of this order

10  [  ]  other: _____

11

12  IT IS SO ORDERED.

13

14  Dated: _____    _____

15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-07-3854-BZ

LA1 - 115183.03