1    Counsel report that they have met and conferred regarding ADR and have reached the
2    following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:
3        1.    The parties agree to participate in Court-process mediation (ADR Local Rule
4    6).
5        2.    The parties believe that mediation will be more productive if conducted after
6    substantial discovery has occurred. Accordingly, the parties agree to hold the mediation by no
7    later than September 30, 2008.

Dated: February 12, 2008

LAW OFFICES OF RICHARD SAX

By: _____
Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: February ___, 2008

CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry

Jay R. Henneberry
Robin D. Ball

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: February ___, 2008

VENABLE LLP

By: _____

Douglas C. Emhoff
Jeffrey M. Tanzer

Attorneys for Defendant
Abbott Laboratories, Inc.

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-07-3854-BZ

LA1 - 115183.03

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

1. The parties agree to participate in Court-process mediation (ADR Local Rule 6).

2. The parties believe that mediation will be more productive if conducted after substantial discovery has occurred. Accordingly, the parties agree to hold the mediation by no later than September 30, 2008.

Dated: February ___, 2008        LAW OFFICES OF RICHARD SAX

                                 By:_____
                                           Richard Sax

                                 Attorney for Plaintiffs
                                 Ryan L. Hobbs and Michelle Hobbs

Dated: February ___, 2008        CHADBOURNE & PARKE LLP

                                 By:       /s/ Jay R. Henneberry

                                           Jay R. Henneberry
                                           Robin D. Ball

                                 Attorneys for Defendants
                                 Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

Dated: February 15, 2008         VENABLE LLP

                                 By: [signature]
                                           Douglas C. Emhoff
                                           Jeffrey M. Tanzer

                                 Attorneys for Defendant
                                 Abbott Laboratories, Inc.