1   Richard Sax (State Bar No. 80632)
    Richard@rsaxlaw.com
2   LAW OFFICES OF RICHARD SAX
    448 Sebastopol Avenue
3   Santa Rosa, CA  95401
    Telephone:            (707) 525-1824
4   Facsimile:            (707) 525-8119

5   Attorney for Plaintiffs Ryan L. Hobbs and
    Michelle Hobbs
6
    Jay R. Henneberry (State Bar No. 135065)
7   jhenneberry@chadbourne.com
    Robin D. Ball (State Bar No. 159698)
8   rball@chadbourne.com
    CHADBOURNE & PARKE LLP
9   350 South Grand Avenue, Suite 3300
    Los Angeles, CA  90071
10  Telephone:            (213) 892-1000
    Facsimile:            (213) 622-9865
11
    Attorneys for Purdue Defendants
12
    Douglas C. Emhoff (State Bar No. 151049)
13  demhoff@venable.com
    Jeffrey M. Tanzer (State Bar No. 129437)
14  jtanzer@venable.com
    VENABLE LLP
15  2049 Century Park East, Suite 2100
    Los Angeles, CA  90067
16  Telephone:            (310) 229-9900
    Facsimile:            (310) 229-9901
17
    Attorneys for Defendant Abbott Laboratories, Inc.
18
                    UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22
    RYAN  L.  HOBBS  and  MICHELLE          Case No.  C-07-3854-BZ
23  HOBBS,
                                            **STIPULATION AND [PROPOSED]**
24              Plaintiffs,                 **ORDER SELECTING ADR PROCESS**

25       v.

26  PURDUE PHARMA COMPANY, et al.,

27              Defendants.

28

_____

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                            CASE NO. C-07-3854-BZ

LA1 - 115183.03

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000

1    Counsel report that they have met and conferred regarding ADR and have reached the

2 following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

3    1.    The parties agree to participate in Court-process mediation (ADR Local Rule

4 6).

5    2.    The parties believe that mediation will be more productive if conducted after

6 substantial discovery has occurred.  Accordingly, the parties agree to hold the mediation by no

7 later than September 30, 2008.

8

9    Dated:    February ___, 2008                LAW OFFICES OF RICHARD SAX

10

   By:_____

11

   Richard Sax

12

   Attorney for Plaintiffs
   Ryan L. Hobbs and Michelle Hobbs

13

14    Dated:    February 15, 2008                CHADBOURNE & PARKE LLP

15

   By:_____/s/ Jay R. Henneberry_____

16

   Jay R. Henneberry
   Robin D. Ball

17

18    Attorneys for Defendants
   Purdue Pharma L.P. (individually, and as
19 successor-in-interest to The Purdue Pharma
   Company and Purdue Pharma Ltd.);
20 Purdue Pharma Inc.; The Purdue Frederick
   Company Inc. (d/b/a The Purdue Frederick
21 Company); Purdue Pharmaceuticals L.P.;
   Pharmaceutical Research Associates, Inc.;
22 and The P.F. Laboratories, Inc.

23    Dated:    February ___, 2008                VENABLE LLP

24

   By:_____

25

   Douglas C. Emhoff
26 Jeffrey M. Tanzer

27    Attorneys for Defendant
   Abbott Laboratories, Inc.

28

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                              CASE NO. C-07-3854-BZ

LA1 - 115183.03

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (213) 892-1000

1

**[PROPOSED] ORDER**

2    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3    [  ]  Non-binding Arbitration

4    [  ]  Early Neutral Evaluation (ENE)

5    [ x ]  Mediation

6    [  ]  Private ADR

7

8    Deadline for ADR session:

9    [  ]  90 days from the date of this order

10   [ x ]  other:  __No later than Sept. 30, 2008_____

11

12   IT IS SO ORDERED.

13

14   Dated:   __February 25, 2008_____       _____

15                                                  UNITED STATES MAGISTRATE JUDGE

16



17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-07-3854-BZ

LA1 - 115183.03