**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **02/25/2008**

**C07-3854 BZ**

**Ryan L. Hobbs, et al. v. Purdue Pharma Co., et al.**

Attorneys: Pltf: Richard Sax
            Def: Jay R. Henneberry & Jeffrey M. Tanzer

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                        **RULING:**

1. Status Conference                                    Matter Held
2. _____                  _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury trial set for April 27, 2009 at 8:30 a.m.  Pretrial conference set for April 7, 2009 at 1:30 p.m.  Case referred to court sponsored mediation.

( XX ) ORDER TO BE PREPARED BY:   Pltf ____ Deft ____ Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Pltf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                    Type of Trial: ( )Jury  ( )Court
Notes: _____