Richard Sax SBN 80632  Richard@rsaxlaw.com
**LAW OFFICES OF RICHARD SAX**
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiffs RYAN L. HOBBS and MICHELLE HOBBS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>PURUDE PHARMA COMPANY; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY; PURDUE PHARMACEUTICALS L.P.; PHARMACEUTICAL RESEARCH ASSOCIATES, INC.; PURDUE PHARMA LTD.; P.F. LABORATORIES, INC.; and ABBOTT LABORATORIES INC.,<br><br>Defendants. | NO: C 07 3854 BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ABBOTT LABORATORIES, INC.** |

NOTICE IS HEREBY GIVEN that plaintiff's, RYAN L. HOBBS and MICHELLE HOBBS, voluntarily dismiss defendants ABBOT LABORATORIES INC. only in the above-entitled action without prejudice.

DATED: May 13, 2008

_____
Richard Sax,
Attorney for Plaintiffs,
Ryan and Michelle Hobbs

1

---

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS ABBOTT LABORATORIES
INC.

HOBBS, et al. v. PURDUE PHARMA COMPANY, et al.
NO: C 07 3854 BZ

# PROOF OF SERVICE

I declare that: I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within case; my business address is 448 Sebastopol Ave, Santa Rosa, CA 95401. On May 13, 2008, I served **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ABBOTT LABORATORIES, INC.** on the interested parties in said case by U.S. mail at Santa Rosa, California, addressed as follows:

| | |
|---|---|
| Jay R. Henneberry, Esq. | VENABLE LLP |
| Robin D. Ball, Esq. | Douglas C. Emhoff, Esq. |
| CHADBOURNE & PARKE LLP | Jeffrey M. Tanzer, Esq. |
| 350 Grand Avenue, Suite 3300 | 2049 Century Park East, Suite 2100 |
| Los Angeles, CA 90071 | Los Angeles, California 90067 |

(XX)    BY MAIL: I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of The Law Offices of Richard Sax for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on May 13, 2008.

April Smittcamp