Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
S. Jean Kim (State Bar No. 243897)
skim@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32d Floor
Los Angeles, CA  90071
Telephone:    (213) 892-1000
Facsimile:    (213) 892-2045

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA COMPANY et al.,<br><br>Defendants. | Case No.  C-07-3854-BZ<br><br>**NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER** |

     Pursuant to Civil Local Rule 3-11(a), the Purdue Defendants submit this notification that the address and facsimile number of Chadbourne & Parke LLP have changed to 350 South Grand Avenue, 32d Floor (formerly Suite 3300) and (213) 892-2045.

NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER
C-07-3854-BZ

LA1 - 120687.02

| | | |
|---|---|---|
| 1 | Dated: July 21, 2008 | CHADBOURNE & PARKE LLP |
| 2 | | |
| 3 | | By: _____/s/ Jay R. Henneberry_____ |
| 4 | | Jay R. Henneberry |
| 5 | | Robin D. Ball<br>S. Jean Kim |
| 6 | | Attorneys for Defendants<br>Purdue Pharma L.P. (individually, and as |
| 7 | | successor-in-interest to The Purdue Pharma<br>Company and Purdue Pharma Ltd.); |
| 8 | | Purdue Pharma Inc.; The Purdue Frederick<br>Company Inc. (d/b/a The Purdue Frederick |
| 9 | | Company); Purdue Pharmaceuticals L.P.;<br>Pharmaceutical Research Associates, Inc.; |
| 10 | | and The P.F. Laboratories, Inc. |

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071 (213) 892-1000

- 2 -
NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER
C-07-3854-BZ

LA1 - 120687.02