Richard Sax (State Bar No. 80632)
Richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiffs Ryan L. Hobbs and Michelle Hobbs

Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
S. Jean Kim (State Bar No. 243897)
skim@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32d Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA COMPANY, et al.,<br><br>Defendants. | Case No. C-07-3854-BZ<br><br>**STIPULATED REQUEST FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**<br><br>**[PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties request an order changing the following deadlines fixed by the Court's Order Scheduling Jury Trial and Pretrial Matters, filed March 4, 2008:

    1.    For expert disclosure by all parties, from October 1, 2008, to October 15, 2008; and

STIPULATED REQUEST FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED] ORDER

CASE NO. C-07-3854-BZ

LA1 - 121672.01

2. For disclosure of rebuttal experts by all parties, from November 15, 2008, to December 1, 2008.

This request is based on the Declaration of Jay R. Henneberry, submitted herewith.

Dated: August ____, 2008   LAW OFFICES OF RICHARD SAX

By: _____

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: August 13, 2008   CHADBOURNE & PARKE LLP

By:   /s/ Jay R. Henneberry
Jay R. Henneberry
Robin D. Ball
S. Jean Kim

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____

UNITED STATES MAGISTRATE JUDGE

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000