2. For disclosure of rebuttal experts by all parties, from November 15, 2008, to December 1, 2008.

This request is based on the Declaration of Jay R. Henneberry, submitted herewith.

Dated: August 06, 2008

LAW OFFICES OF RICHARD SAX

By: /s/ Richard Sax

Richard Sax

Attorney for Plaintiffs
Ryan L. Hobbs and Michelle Hobbs

Dated: August ____, 2008

CHADBOURNE & PARKE LLP

By:_____
Jay R. Henneberry
Robin D. Ball
S. Jean Kim

Attorneys for Defendants
Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____

UNITED STATES MAGISTRATE JUDGE

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000