Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
S. Jean Kim (State Bar No. 243897)
skim@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32d Floor
Los Angeles, CA  90071
Telephone:     (213) 892-1000
Facsimile:     (213) 892-2045

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS, <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA COMPANY, et al., <br><br> Defendants. | Case No.  C-07-3854-BZ <br><br> **DECLARATION OF JAY R. HENNEBERRY IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES** |

I, JAY R. HENNEBERRY, declare as follows:

1. I am a member of the firm of Chadbourne & Parke LLP, attorneys for Defendants Purdue Pharma L.P. (individually, and as successor-in-interest to The Purdue Pharma Company and Purdue Pharma Ltd.); Purdue Pharma Inc.; The Purdue Frederick Company Inc. (d/b/a The Purdue Frederick Company); Purdue Pharmaceuticals L.P.; Pharmaceutical Research Associates, Inc.; and The P.F. Laboratories, Inc. (collectively, the "Purdue Defendants").  I make this declaration on my personal knowledge and could competently testify to the matters set forth herein, if necessary.

2. The gathering of medical and other records in this case has taken longer than the parties originally anticipated. As a result, certain depositions have been delayed to September 2008. Since the parties' expert witnesses will want to review those depositions in preparing their reports, the Purdue Defendants have requested and Plaintiffs have agreed to a short extension for the parties' experts to prepare and serve their reports.

3. This is the parties' first request to the Court for a time modification in this case.

4. The requested time modifications would have no effect on the other dates fixed by the Court's Order Scheduling Jury Trial and Pretrial Matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California, on August 13, 2008.

By: /s/ Jay R. Henneberry
Jay R. Henneberry

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071 (213) 892-1000