1  Richard Sax (State Bar No. 80632)
   Richard@rsaxlaw.com
2  LAW OFFICES OF RICHARD SAX
   448 Sebastopol Avenue
3  Santa Rosa, CA  95401
   Telephone:    (707) 525-1824
4  Facsimile:    (707) 525-8119

5  Attorney for Plaintiffs Ryan L. Hobbs and
   Michelle Hobbs
6
   Jay R. Henneberry (State Bar No. 135065)
7  jhenneberry@chadbourne.com
   Robin D. Ball (State Bar No. 159698)
8  rball@chadbourne.com
   S. Jean Kim (State Bar No. 243897)
9  skim@chadbourne.com
   CHADBOURNE & PARKE LLP
10 350 South Grand Avenue, 32d Floor
   Los Angeles, CA  90071
11 Telephone:    (213) 892-1000
   Facsimile:    (213) 892-2045
12
   Attorneys for Purdue Defendants

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS, | Case No.  C-07-3854-BZ |
| Plaintiffs, | **STIPULATED REQUEST FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES** |
| v. | ~~[PROPOSED]~~ **ORDER** |
| PURDUE PHARMA COMPANY, et al., | |
| Defendants. | |

24     Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties request an order changing

25 the following deadlines fixed by the Court's Order Scheduling Jury Trial and Pretrial Matters,

26 filed March 4, 2008:

27     1.    For expert disclosure by all parties, from October 1, 2008, to October 15, 2008;

28 and

STIPULATED REQUEST FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED] ORDER

CASE NO. C-07-3854-BZ

LA1 - 121672.01

2. For disclosure of rebuttal experts by all parties, from November 15, 2008, to December 1, 2008.

This request is based on the Declaration of Jay R. Henneberry, submitted herewith.

Dated: August ____, 2008          LAW OFFICES OF RICHARD SAX

                                  By: _____
                                        Richard Sax

                                  Attorney for Plaintiffs
                                  Ryan L. Hobbs and Michelle Hobbs

Dated: August 13, 2008            CHADBOURNE & PARKE LLP


                                  By:     /s/ Jay R. Henneberry
                                        Jay R. Henneberry
                                        Robin D. Ball
                                        S. Jean Kim

                                  Attorneys for Defendants
                                  Purdue Pharma L.P. (individually, and as
                                  successor-in-interest to The Purdue Pharma
                                  Company and Purdue Pharma Ltd.);
                                  Purdue Pharma Inc.; The Purdue Frederick
                                  Company Inc. (d/b/a The Purdue Frederick
                                  Company); Purdue Pharmaceuticals L.P.;
                                  Pharmaceutical Research Associates, Inc.;
                                  and The P.F. Laboratories, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 13, 2008                            _____
                                                  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071 (213) 892-1000