Richard Sax (State Bar No. 80632)
Richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone:    (707) 525-1824
Facsimile:    (707) 525-8119

Attorney for Plaintiffs Ryan L. Hobbs and
Michelle Hobbs

Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
Robin D. Ball (State Bar No. 159698)
rball@chadbourne.com
S. Jean Kim (State Bar No. 243897)
skim@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32d Floor
Los Angeles, CA 90071
Telephone:    (213) 892-1000
Facsimile:    (213) 892-2045

Attorneys for Purdue Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA COMPANY, et al.,<br><br>Defendants. | Case No.  C-07-3854-BZ<br><br>**STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR MEDIATION**<br><br>[PROPOSED] ORDER |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties request an order altering a

date fixed by the Court's Order Selecting ADR Process, filed February 25, 2008, such that the

STIPULATED REQUEST FOR ENLARGEMENT OF TIME FOR MEDIATION; [PROPOSED] ORDER
C-07-3854-BZ

LA1 - 123048.01

deadline for the parties to participate in mediation is extended from September 30, 2008, to October 8, 2008. This request is based on the Declaration of Jay R. Henneberry, submitted herewith.

Dated: September ___, 2008           LAW OFFICES OF RICHARD SAX

                                     By: _____

                                                 Richard Sax

                                          Attorney for Plaintiffs
                                     Ryan L. Hobbs and Michelle Hobbs

Dated: September 25, 2008            CHADBOURNE & PARKE LLP


                                     By:       /s/ Jay R. Henneberry
                                              Jay R. Henneberry
                                              Robin D. Ball
                                              S. Jean Kim

                                          Attorneys for Defendants
                                     Purdue Pharma L.P. (individually, and as
                                     successor-in-interest to The Purdue Pharma
                                       Company and Purdue Pharma Ltd.);
                                     Purdue Pharma Inc.; The Purdue Frederick
                                     Company Inc. (d/b/a The Purdue Frederick
                                         Company); Purdue Pharmaceuticals L.P.;
                                       Pharmaceutical Research Associates, Inc.;
                                            and The P.F. Laboratories, Inc.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2008            _____
                                     UNITED STATES MAGISTRATE JUDGE

CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071 (213) 892-1000