UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN L. HOBBS and MICHELLE HOBBS,<br><br>         Plaintiff(s),<br><br>     v.<br><br>PURDUE PHARMA CO., et al.,<br><br>         Defendant(s). | No. C07-3854 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: October 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HOBBS V. PURDUE PHARMA CO\ORDER OF COND.DISM.wpd

1